NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000343
07-MAY-2019
08:36 AM**

NO. CAAP-19-0000343

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
SUSAN WATSON, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CR. NO. 3CPC-18-0000842)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeal Under HRAP Rule 42(a)" (Stipulation), filed May 1, 2019, by Plaintiff-Appellant State of Hawai'i, the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) the parties stipulate to dismiss the appeal; and (3) the requested relief is authorized by Hawai'i Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i, May 7, 2019.

Presiding Judge

Associate Judge

Associate Judge